# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 11-20587-CR-RNS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Antonio Macli, et al. | Order of Forfeiture of Substitut[e] Property to Seize or Condemn |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
R/P 1809 SW 23rd Terrace, Miami, Florida

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1809 SW 23rd Terrace, Miami, Florida

FILED by _____ D.C.
DEC 08 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Evelyn Sheehan
United States Attorney's Office
99 NE 4th Street, 7th Floor
Miami, Florida 33132

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Post and walk.

12-FBI-008971

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (305) 961-9125
DATE: NOV 03 2014

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 11/06/14 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11-26-14    Time: 12:20 pm

Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $65.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS: Posted property in an open and conspicuous manner